1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN GRIFFIN HEADRICK,

                            Petitioner,

    v.

RICHARD R SCOTT,

                            Respondent.

CASE NO. C19-05725-BHS-JRC

ORDER ADOPTING REPORT
AND RECOMMENDATION

13

14

15

16

      This matter comes before the Court on the Report and Recommendation ("R&R")
of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 32. The Court
having considered the R&R and the remaining record, and no objections having been
filed, does hereby find and order as follows:

17

      (1)    The R&R is **ADOPTED**;

18

19

20

21

      (2)    The following motions are **DENIED** without prejudice as moot:

               Petitioner's motion to supplement the record, Dkt. 21; Petitioner's motion

               for temporary restraining order, Dkt. 22; and Respondent's motion to

               dismiss, Dkt. 24; and

22

1      (3)     A certificate of appealability is **DENIED**.

2      Dated this 7th day of October, 2020.

                                                     _____

BENJAMIN H. SETTLE
United States District Judge