UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN G. HEADRICK,<br><br>    Petitioner,<br><br> v.<br><br>RICHARD R. SCOTT,<br><br>    Respondent. | CASE NO. 3:19-cv-05725-BHS-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: APRIL 9, 2021 |

  Petitioner, proceeding *pro se*, previously a pretrial detainee, initially filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner then consented to conversion of his § 2241 petition into a petition filed under 28 U.S.C. § 2254 after he was convicted. Dkt. 29, 30. The Court granted petitioner leave to file an amended § 2254 petition to cure the deficiencies identified therein. Dkt. 31, 33, 34, 35, 36. Petitioner was advised that if he failed to file an amended § 2254 petition on or before February 26, 2021, the undersigned would recommend dismissal of this action. Dkt. 36.

  Petitioner has failed to comply with the Court's order. He has not filed a response to the order or attempted to file an amended petition. As petitioner has failed to respond to the Court's order and prosecute this case, the Court recommends that this case be dismissed without

REPORT AND RECOMMENDATION - 1

1  prejudice. Based on the foregoing, the Court also recommends denying a certificate of
2  appealability.
3        Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
4  Procedure, the parties shall have fourteen (14) days from service of this Report to file written
5  objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
6  objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
7  limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on April 9,
8  2021, as noted in the caption.
9        Dated this 16th day of March, 2021.

                                                J. Richard Creatura
                                                United States Magistrate Judge